UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61090-CIV-COHN/Snow

TEM ENTERPRISES, INC.,
a Nevada Corporation d/b/a
XTRA Airways,

      Plaintiff,

v.

CFIRSTCLASS CORP.,
a Florida Corporation d/b/a
Sky Value USA,

      Defendant.

_____/

## O R D E R

THIS CAUSE is before the Court on counsel Paul Tschirhart's and Mark Atwood's Motions to Appear *Pro Hac Vice* (DE 7 & 8).  Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motions are GRANTED.  Paul Tschirhart, Esquire, and Mark Atwood, Esquire, are hereby permitted to enter limited appearances for purposes of representing the plaintiff **TEM Enterprises** in this cause; Frank Terzo, Esquire, is designated as local counsel.

DONE AND ORDERED at Fort Lauderdale, Florida, this 31st day of August, 2007.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

Frank Terzo, Esq. (P and Local Counsel for Tschirhart & Atwood)
Paul Tschirhart, Esq. (P)
Mark Atwood, Esq. (P)

Ms. Catherine Wade (MIA)
  Executive Service Administrator